**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| RONALD R. RUSSELL,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC MOTOR TRUCKING COMPANY, a Missouri corporation; DOES I through X, inclusive,<br><br>          Defendants. | Case No. EDCV-00717-~~JBG~~ DOC (DTBx)<br><br>*Judge Jesus Bernal*<br>*Magistrate Judge David T. Bristow*<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed:   March 14, 2013<br>Trial Date:           None Set<br>Action Removed:  April 18, 2013 |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the provisions of the concurrently filed stipulation between the parties entitled "Stipulated Protective Order" shall be entered as the Order of the Court and be binding upon the parties referenced within the document.


Dated:  September 13, 2013

_____
HONORABLE MAGISTRATE JUDGE
DAVID T. BRISTOW

1