1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD R. RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MOTOR TRUCKING COMPANY, a Missouri corporation; DOES I through X, inclusive,<br><br>Defendant. | Case No. 13-cv-00717-DOC (DTBx)<br><br>[PROPOSED] ENTRY OF JUDGMENT<br><br>Complaint Filed: March 14, 2013<br>Action Removed: April 18, 2013<br>Case Closed: December 18, 2014 |

Defendant Pacific Motor Trucking Company's ("Defendant") Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment, came on regularly for hearing on December 15, 2014, at 8:30 a.m., in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701.

After full consideration of the evidence, having reviewed the papers submitted by the parties, and the issues having been duly heard, the Court granted Defendant Pacific Motor Trucking Company's Motion for Summary Judgment in full as set forth in its December 18, 2014, Order attached hereto as **Exhibit 1**. Based on the attached Exhibit 1,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

1. Plaintiff Ronald R. Russell takes nothing in this action from Defendant Pacific Motor Trucking Company;

2. Defendant Pacific Motor Trucking Company shall have judgment in its favor and against Plaintiff Ronald Russell on Plaintiff Ronald Russell's entire action;

3. This action shall be dismissed in its entirety on the merits, with prejudice; and

4. Defendant Pacific Motor Trucking Company shall recover from Plaintiff Ronald Russell its costs of suit pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54. Defendant Pacific Motor Trucking Company may file a Bill of Costs no later than __January 12__, 2015.

**IT IS SO ORDERED.**

DATED: December 19, 2014    By: _/s/ David O. Carter_
Hon. David O. Carter
United States District Judge

19226215.1